UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNETTE HARDING,<br>　　　　　Plaintiff<br><br>v.<br><br>BOSTON METRO PUBLISHING,<br>　　　　　Defendant | Civil Action No. 05-10576 GAO |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

The parties submit this Joint Statement Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. After conferring about pretrial scheduling issues, the parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| April 30, 2006 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and depositions. |
| June 30, 2006 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| July 31, 2006 | Deadline for filing oppositions to any dispositive motions. |
| August 15, 2006 | Deadline for filing any reply to oppositions to any dispositive motions. |
| September 1, 2006 | Deadline for Plaintiff to submit any expert reports. |
| November 1, 2006 | Deadline for Defendant to submit any expert reports. |
| December 31, 2006 | Deadline for completion of all expert discovery. |

## Certifications

The parties submit under separate cover the certification required by Local Rule 16.1(D)(3). The parties decline to have a trial in front of a Magistrate Judge.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| ANNETTE HARDING | BOSTON METRO PUBLISHING |
| By her attorney, | By its attorneys, |

/s/ Gordon W. Spencer
Gordon W. Spencer, BBO# 630488
1256 Park Street, Suite 104
Stoughton, MA  02072
(781) 297-9293

/s/ Erik J. Winton
Thomas Royall Smith, BBO# 470300
Erik J. Winton, BBO #600743
Jackson Lewis LLP
One Beacon Street, Suite 3300
Boston, MA 02108
(617) 367-0025

Dated: July 26, 2005