UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANNETTE HARDING

    V                                      CA 05-10576- GAO

BOSTON METRO PUBLISHING

## ORDER OF REMAND

The plaintiff's Motion to Amend the Complaint by Removing Count V, Dk. #6, is GRANTED. As a result, the amended complaint consists solely of state law claims. There is also no diversity of citizenship between the parties. Therefore, the plaintiff's concurrent motion to remand the case, Dk. #6, is also GRANTED and I Order that this case be REMANDED to Suffolk Superior Court.

DATED:    January 30, 2006

SO ORDERED:
/s/ George A. O'Toole, Jr
_____
U.S.D.J.